UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

_____

| | |
|---|---|
| FLOYD T. WING, JR., | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | CV 24-73-H-SPW |
| vs. | |
| LEO DUTTON, et al. | |
| Defendants. | |

_____

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of November 12, 2025 (Doc. 21), judgment is entered in favor of Defendants, and this action is DISMISSED.

    Dated this 12th day of November, 2025.

                                      TYLER P. GILMAN, CLERK

                                      By: /s/ T. Gesh
                                      T. Gesh, Deputy Clerk